## THOMAS P. RUST v. RUDOLPH A. DIPIETRO
### (9403)

DALY, LAVERY and HEIMAN, Js.
Argued September 12—decision released October 1, 1991

*Edward W. Case,* for the appellant (defendant).

*Daniel H. Kennedy, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## STATE OF CONNECTICUT v. BASIL SUER
### (9281)

FOTI, LANDAU and HEIMAN, Js.
Argued September 12—decision released October 1, 1991

*Cindy J. Arenberg* and *Rhonda J. Tobin,* special public defenders, for the appellant (defendant).

*Paul J. Ferencek,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Warren Maxwell,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.